**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000385
12-JUN-2026
11:17 AM
Dkt. 114 ORD**

NO. CAAP-24-0000385

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

PNC BANK, NATIONAL ASSOCIATION, Plaintiff-Appellee, v.
HERMA BARBARA MEDINA REYNA, Defendant-Appellant,
AND
WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE UNDER THE
GREENWICH INVESTORS XL PASS-THROUGH TRUST AGREEMENT
DATED AS OF MARCH 1, 2012, CAPSTONE FUNDING GROUP, INC.,
Defendants-Appellees,
AND
DOES 2 through 20, inclusive, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CC151000224)

ORDER
(By: Leonard, Presiding Judge, and Wadsworth and McCullen, JJ.)

Upon consideration of the June 5, 2026 letter addressed to this court (**Letter**), and the June 5, 2026 *Notice of Termination of Court Case 2CC1510002[2]4(3) by the 2ⁿᵈ Circuit of Wailuku, Maui, Hawaii on May 31, 2026, for Lack of Subject Matter Jurisdiction* (**Notice**), filed by self-represented Defendant-Appellant Herma Barbara Medina Reyna (**Reyna**), and the record, it appears that:

(1) On June 2, 2026, Reyna filed a *Motion to Vacate and Reconsider Summary Disposition With Stay Against Further Foreclosure Actions Pending Final Ruling* (**Motion for Reconsideration**), which sought reconsideration of this court's Summary Disposition Order filed on May 26, 2026;

(2) Reyna subsequently filed the Letter and the Notice, stating in part that "the case that was appealed in this court . . . 2CC151000224(3), in the 2nd Circuit Court of Wailuku, Maui, Hawaiʻi, has already been [t]erminated . . . [,]" and "[t]here is no need for further action by this court on recent Motion . . . filed by . . . Reyna . . . in the case."

(3) We construe the Letter and the Notice together as a motion to withdraw the Motion for Reconsideration (**Motion to Withdraw**).

Therefore, IT IS HEREBY ORDERED that the Motion to Withdraw is granted and the Motion for Reconsideration is withdrawn.

DATED:  Honolulu, Hawaiʻi, June 12, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge